PENELOPE A. PREOVOLOS (BAR NO. 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (BAR NO. 175694)
AMuhlbach@mofo.com
ALEXEI KLESTOFF (BAR NO. 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TOMEK, an individual and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>    v.<br><br>APPLE INC., a California corporation, and DOES 1 through 20,<br><br>                              Defendants. | Case No. 2:11-cv-02700-MCE-DAD<br><br>**STIPULATION AND ORDER CONTINUING HEARING ON APPLE INC.'S MOTION TO DISMISS**<br><br>Date: January 26, 2012<br>Time: 2:00 pm<br>Ctrm: 7<br><br>Hon. Morrison C. England, Jr. |

sf-3082578

Plaintiff Alex Tomek and Defendant Apple Inc. ("Apple") hereby stipulate that the hearing on Apple's Motion to Dismiss presently scheduled for 2 p.m., January 26, 2012, shall be continued to 2 p.m., February 23, 2012 in order to accommodate the schedule of counsel and to allow both parties an equal amount of time to prepare their opposition and reply briefs.

Plaintiff and defendant further stipulate that plaintiff's brief in opposition to Apple's Motion to Dismiss shall be filed and served on January 26, 2012, and Apple's reply brief in support of the motion shall be filed and served on February 16, 2012.

Dated: December 20, 2011

ANTHONY A. FERRIGNO
LAW OFFICES OF ANTHONY A. FERRIGNO

JACK T. HUMES
LAW OFFICES OF JACK T. HUMES

  /s/ Jack T. Humes
  JACK T. HUMES
  Email: JackHumes@verizon.net

*Attorneys for Plaintiff*
ALEX TOMEK

Dated: December 20, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:  /s/ Penelope A. Preovolos
  PENELOPE A. PREOVOLOS
  Email: PPreovolos@mofo.com

*Attorneys for Defendant*
APPLE INC.

**ORDER**

The hearing on Defendant Apple Inc.'s Motion to Dismiss is hereby continued until February 23, 2012 at 2:00 p.m. Plaintiff's brief in opposition to Apple's Motion to Dismiss shall be filed and served on January 26, 2012, and Apple's reply brief in support of the motion shall be filed and served on February 16, 2012.

IT IS SO ORDERED.

Dated: January 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE