1  PENELOPE A. PREOVOLOS (BAR NO. 87607)
   PPreovolos@mofo.com
2  ANDREW D. MUHLBACH (BAR NO. 175694)
   AMuhlbach@mofo.com
3  ALEXEI KLESTOFF (BAR NO. 224016)
   AKlestoff@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California  94105-2482
   Telephone:    415.268.7000
6  Facsimile:     415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.

8

9

10              UNITED STATES DISTRICT COURT

11             EASTERN DISTRICT OF CALIFORNIA

12

13  ALEX TOMEK, an individual and on behalf of all     Case No. 2:11-cv-02700-MCE-DAD
    others similarly situated,
14                                                     **STIPULATION AND ORDER**
                 Plaintiffs,                           **CONTINUING HEARING ON**
15                                                     **APPLE INC.'S MOTION TO**
           v.                                          **DISMISS**
16
    APPLE INC., a California corporation, and DOES     Date: January 26, 2012
17  1 through 20,                                      Time: 2:00 pm
                                                       Ctrm: 7
18               Defendants.
                                                       Hon. Morrison C. England, Jr.
19

20

21

22

23

24

25

26

27

28

sf-3082578

Plaintiff Alex Tomek and Defendant Apple Inc. ("Apple") hereby stipulate that the hearing on Apple's Motion to Dismiss presently scheduled for 2 p.m., January 26, 2012, shall be continued to 2 p.m., February 23, 2012 in order to accommodate the schedule of counsel and to allow both parties an equal amount of time to prepare their opposition and reply briefs.

Plaintiff and defendant further stipulate that plaintiff's brief in opposition to Apple's Motion to Dismiss shall be filed and served on January 26, 2012, and Apple's reply brief in support of the motion shall be filed and served on February 16, 2012.

Dated: December 20, 2011

ANTHONY A. FERRIGNO
LAW OFFICES OF ANTHONY A. FERRIGNO

JACK T. HUMES
LAW OFFICES OF JACK T. HUMES

*/s/ Jack T. Humes*
JACK T. HUMES
Email: JackHumes@verizon.net

*Attorneys for Plaintiff*
ALEX TOMEK

Dated: December 20, 2011

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

By:   */s/ Penelope A. Preovolos*
PENELOPE A. PREOVOLOS
Email: PPreovolos@mofo.com

*Attorneys for Defendant*
APPLE INC.

1

2                                    **<u>ORDER</u>**

3          The hearing on Defendant Apple Inc.'s Motion to Dismiss is hereby continued until

4   February 23, 2012 at 2:00 p.m.  Plaintiff's brief in opposition to Apple's Motion to Dismiss shall

5   be filed and served on January 26, 2012, and Apple's reply brief in support of the motion shall be

6   filed and served on February 16, 2012.

7          IT IS SO ORDERED.

8
Dated:  January 6, 2012
9

10                                       _____
                                         MORRISON C. ENGLAND, JR
11                                       UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28