ANTHONY A. FERRIGNO
a-trust-fraudlaw@msn.com
LAW OFFICES OF ANTHONY A. FERRIGNO
1116 Ingelside Avenue
Athens, TN 37303
Telephone: (423) 744-4041
Facsimile: (925) 945-8792

JACK T. HUMES (BAR NO. 195955)
JackHumes@verizon.net
LAW OFFICES OF JACK T. HUMES
28720 Canwood Street, Suite 105
Agoura Hills, CA 91301
Telephone: (818) 707-1277
Facsimile: (818) 735-3811

*Attorneys for Plaintiff*
ALEX TOMEK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TOMEK, an individual and on behalf of all others similarly situated, | Case No. 2:11-cv-02700-MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER** |
| v. | Hon. Morrison C. England, Jr. |
| APPLE INC., a California corporation, and DOES 1 through 20, | |
| Defendants. | |

sf-3098320

**WHEREAS**, Defendant Apple, Inc. ("Apple") filed a Motion to Dismiss on November 17, 2011, which is currently scheduled for hearing on February 23, 2012;

**WHEREAS**, Plaintiff Alex Tomek's Opposition to the Motion to Dismiss is scheduled to be filed and served on January 26, 2012;

**WHEREAS,** Plaintiff has given consideration to the arguments raised in the Motion and has determined that filing an amended complaint would conserve judicial resources as well as the resources of the parties;

**WHEREAS,** Apple has agreed that, in light of the foregoing, Plaintiff should be permitted to file and serve a First Amended Complaint ("FAC"), without prejudice to Apple's right to move to dismiss the FAC;

**THE PARTIES TO HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Apple's Motion to Dismiss set for February 23, 2012, shall be taken off-calendar and the hearing vacated without prejudice; and,

2. Plaintiff Alex Tomek shall have 20 days from the date of this stipulation to file a First Amended Complaint in this matter;

3. Apple shall have 30 days from the service of the First Amended Complaint to respond.

Dated: January 26, 2012

ANTHONY A. FERRIGNO
LAW OFFICES OF ANTHONY A. FERRIGNO

JACK T. HUMES
LAW OFFICES OF JACK T. HUMES

/s/ Jack T. Humes
JACK T. HUMES
Email: JackHumes@verizon.net

*One of the Attorneys for Plaintiff*
ALEX TOMEK

sf-3098320

1

Dated: January 26, 2012

PENELOPE A. PREOVOLOS  
ANDREW D. MUHLBACH  
ALEXEI KLESTOFF  
MORRISON & FOERSTER LLP

/s/ Alexei Klestoff  
PENELOPE A. PREOVOLOS  
Email: PPreovolos@mofo.com

*Attorneys for Defendant*  
APPLE INC.

sf-3098320

2

**ORDER**

Defendant Apple, Inc's Motion to Dismiss set for February 23, 2012, is taken off-calendar and the hearing vacated without prejudice. Plaintiff Alex Tomek has 20 days from the date of the parties' stipulation to file a First Amended Complaint in this matter, and Apple shall have 30 days from the date of service of the First Amended Complaint to respond.

IT IS SO ORDERED.

Dated: February 21, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE