```
 1  PENELOPE A. PREOVOLOS (BAR NO. 87607)
    PPreovolos@mofo.com
 2  ANDREW D. MUHLBACH (BAR NO. 175694)
    AMuhlbach@mofo.com
 3  ALEXEI KLESTOFF (BAR NO. 224016)
    AKlestoff@mofo.com
 4  MORRISON & FOERSTER LLP
    425 Market Street
 5  San Francisco, California 94105-2482
    Telephone:   415.268.7000
 6  Facsimile:   415.268.7522

 7  Attorneys for Defendant
    APPLE INC.
 8
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TOMEK, an individual and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>APPLE INC., a California corporation, and DOES 1 through 20,<br><br>                    Defendants. | Case No. 2:11-cv-02700-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING APPLE'S DEADLINE TO RESPOND TO THE FIRST AMENDED COMPLAINT**<br><br>Hon. Morrison C. England, Jr. |

sf-3119300

**WHEREAS**, Plaintiff Alex Tomek filed a First Amended Complaint ("FAC") on February 15, 2012;

**WHEREAS**, Defendant Apple's Inc.'s deadline to respond to the FAC is currently March 19, 2012;

**WHEREAS,** counsel for Apple has had a death in the family and requires an additional week to prepare Apple's response to the FAC;

**THE PARTIES TO HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Apple's deadline to respond to the First Amended Complaint shall be extended from March 19, 2012 to March 26, 2012.

Dated: March 15, 2012

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS
Email: PPreovolos@mofo.com

*Attorneys for Defendant*
APPLE INC.

Dated: March 15, 2012

ANTHONY A. FERRIGNO
LAW OFFICES OF ANTHONY A. FERRIGNO

JACK T. HUMES
LAW OFFICES OF JACK T. HUMES

/s/ Jack T. Humes
JACK T. HUMES
Email: JackHumes@verizon.net

*Attorneys for Plaintiff*
ALEX TOMEK

**ORDER**

Defendant Apple Inc.'s deadline to respond to the First Amended Complaint is hereby extended from March 19, 2012 to March 26, 2012.

IT IS SO ORDERED.

DATE: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE