1  PENELOPE A. PREOVOLOS (BAR NO. 87607)
   PPreovolos@mofo.com
2  ANDREW D. MUHLBACH (BAR NO. 175694)
   AMuhlbach@mofo.com
3  ALEXEI KLESTOFF (BAR NO. 224016)
   AKlestoff@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:  415.268.7000
6  Facsimile:  415.268.7522

7  *Attorneys for Defendant*
   APPLE INC.

8

9

10                UNITED STATES DISTRICT COURT

11                 EASTERN DISTRICT OF CALIFORNIA

12

| 13 | ALEX TOMEK, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:11-cv-02700-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING APPLE'S DEADLINE TO RESPOND TO THE SECOND AMENDED COMPLAINT**<br><br>Hon. Morrison C. England, Jr. |
|---|---|---|

sf-3180633

**WHEREAS**, Plaintiff Alex Tomek filed a Second Amended Complaint ("SAC") on July 31, 2012;

**WHEREAS**, Defendant Apple's Inc.'s deadline to respond to the SAC is currently August 17, 2012;

**WHEREAS,** Apple requires an additional two weeks to prepare Apple's response to the SAC;

**THE PARTIES TO HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Apple's deadline to respond to the Second Amended Complaint shall be extended from August 17, 2012 to August 31, 2012;

2. Plaintiff shall file his opposition to any motion to dismiss by September 28, 2012;

3. Apple shall file its reply in support of any motion to dismiss by October 8, 2012.

Dated: August 10, 2012     PENELOPE A. PREOVOLOS
                           ANDREW D. MUHLBACH
                           ALEXEI KLESTOFF
                           MORRISON & FOERSTER LLP

                                 /s/ Penelope A. Preovolos
                           PENELOPE A. PREOVOLOS
                           Email: PPreovolos@mofo.com

                           *Attorneys for Defendant*
                           APPLE INC.

Dated: August 10, 2012     ANTHONY A. FERRIGNO
                           LAW OFFICES OF ANTHONY A. FERRIGNO

                           JACK T. HUMES
                           LAW OFFICES OF JACK T. HUMES

                                /s/ Jack T. Humes (*as authorized on 8/10/12*)
                           JACK T. HUMES
                           Email: JackHumes@verizon.net

                           *Attorneys for Plaintiff*
                           ALEX TOMEK

## **ORDER**

Defendant Apple Inc.'s deadline to respond to the Second Amended Complaint is hereby extended from August 17, 2012 to August 31, 2012. Plaintiff shall file his opposition to any motion to dismiss by September 28, 2012, and Apple shall file its reply in support of any motion to dismiss by October 8, 2012.

IT IS SO ORDERED.

Dated: August 23, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE