PENELOPE A. PREOVOLOS (BAR NO. 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (BAR NO. 175694)
AMuhlbach@mofo.com
ALEXEI KLESTOFF (BAR NO. 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TOMEK, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:11-cv-02700-MCE-DAD<br><br>**STIPULATION AND ORDER EXTENDING APPLE'S DEADLINE TO RESPOND TO THE THIRD AMENDED COMPLAINT**<br><br>Hon. Morrison C. England, Jr. |

sf-3254568

**WHEREAS**, Plaintiff Alex Tomek filed a Third Amended Complaint ("TAC") on February 19, 2103;

**WHEREAS**, Defendant Apple's Inc.'s deadline to respond to the TAC is currently March 8, 2013;

**WHEREAS,** Apple requires an additional two weeks to prepare Apple's response to the TAC;

**THE PARTIES TO HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Apple's deadline to respond to the Third Amended Complaint shall be extended from March 8, 2013 to March 22, 2013;
2. Plaintiff shall file his opposition to any motion to dismiss by April 19, 2013;
3. Apple shall file its reply in support of any motion to dismiss by April 29, 2013.

Dated: February 28, 2013         PENELOPE A. PREOVOLOS
                                 ANDREW D. MUHLBACH
                                 ALEXEI KLESTOFF
                                 MORRISON & FOERSTER LLP

                                        /s/ Penelope A. Preovolos
                                 PENELOPE A. PREOVOLOS
                                 Email: PPreovolos@mofo.com

                                 *Attorneys for Defendant*
                                 APPLE INC.

Dated: February 28, 2013         ANTHONY A. FERRIGNO
                                 LAW OFFICES OF ANTHONY A. FERRIGNO

                                 JACK T. HUMES
                                 LAW OFFICES OF JACK T. HUMES

                                        /s/ Jack T. Humes (*as authorized on 2/28/13*)
                                 JACK T. HUMES
                                 Email: JackHumes@verizon.net

                                 *Attorneys for Plaintiff*
                                 ALEX TOMEK

**ORDER**

Defendant Apple Inc.'s deadline to respond to the Third Amended Complaint is hereby extended from March 8, 2013 to March 22, 2013. Plaintiff shall file his opposition to any motion to dismiss by April 19, and Apple shall file its reply in support of any motion to dismiss by April 29.

IT IS SO ORDERED.

Dated:   March 6, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE