PENELOPE A. PREOVOLOS (BAR NO. 87607)
PPreovolos@mofo.com
ANDREW D. MUHLBACH (BAR NO. 175694)
AMuhlbach@mofo.com
ALEXEI KLESTOFF (BAR NO. 224016)
AKlestoff@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant*
APPLE INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX TOMEK, an individual and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation, and DOES 1 through 20,<br><br>Defendants. | Case No. 2:11-cv-02700-MCE-DAD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING APPLE INC.'S DEADLINE TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**<br><br>Date: May 30, 2013<br>Time: 2:00 p.m.<br>Ctrm: 7<br><br>Hon. Morrison C. England, Jr. |

**WHEREAS**, Plaintiff Alex Tomek filed a Third Amended Complaint ("TAC") on February 19, 2103;

**WHEREAS,** Defendant Apple Inc. file a motion to dismiss the TAC on March 22, 2013;

**WHEREAS,** Plaintiff filed his opposition to the motion to dismiss on April 19, 2013;

**WHEREAS,** Apple's reply brief is currently due April 29, 2013;

**WHEREAS,** the hearing date on Apple's motion to dismiss is May 30, 2013;

**WHEREAS,** Apple requires additional time to prepare its reply brief and for client review;

**THE PARTIES TO HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. Apple's deadline to file its reply in support of its motion to dismiss the TAC shall be extended from April 29, 2013 to May 2, 2013;

2. The hearing date on Apple's motion shall remain May 30, 2013.

Dated: April 26, 2013

PENELOPE A. PREOVOLOS
ANDREW D. MUHLBACH
ALEXEI KLESTOFF
MORRISON & FOERSTER LLP

/s/ Penelope A. Preovolos
PENELOPE A. PREOVOLOS
Email: PPreovolos@mofo.com

*Attorneys for Defendant*
APPLE INC.

Dated: April 26, 2013

ANTHONY A. FERRIGNO
LAW OFFICES OF ANTHONY A. FERRIGNO

JACK T. HUMES
LAW OFFICES OF JACK T. HUMES

/s/ Jack T. Humes (authorized on 4/26/13)
JACK T. HUMES
Email: JackHumes@verizon.net

*Attorneys for Plaintiff*
ALEX TOMEK

## ORDER

The deadline for defendant Apple Inc. to file its reply in support of its motion to dismiss the Third Amended Complaint is hereby extended from April 29, 2013 to May 2, 2013. The hearing date on Apple's motion shall remain May 30, 2013.

IT IS SO ORDERED.

DATE: April 30, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

2